IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PATRICK C. MATTHEWS,                     )
                                         )
                                         )  No. 1:25-cv-50
        Plaintiff,                       )
                                         )
                                         )
   v.                                    )  District Judge Robert J. Colville
                                         )
VENANGO COUNTY JAIL,                     )  Magistrate Judge Maureen P. Kelly
                                         )
                                         )
        Defendant.                       )
                                         )

## <u>ORDER OF COURT</u>

Currently pending before the Court is the Report and Recommendation (ECF No. 30) filed by the Honorable Maureen P. Kelly in the above-captioned matter.  Judge Kelly's February 10, 2026 Report and Recommendation recommends that the Court dismiss Plaintiff's Complaint (ECF No. 10) with prejudice in part and without prejudice in part pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as frivolous, malicious, and/or for failure to state a claim on which relief may be granted.  Objections to the Report and Recommendation were due by February 27, 2026.  No objections were filed, and the Court considers this matter to be ripe for disposition.

Objections to a magistrate judge's disposition of a dispositive matter are subject to de novo review before the district judge.  28 U.S.C. § 636(b)(1)(B)-(C); Fed. R. Civ. P. 72(b)(3).  The reviewing district court must make a de novo determination of those portions of the magistrate judge's report and recommendation to which objections are made.  *Id.*  Following de novo review, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further

1

evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3). The United States Court of Appeals for the Third Circuit has explained that, "even absent objections to the report and recommendation, a district court should 'afford some level of review to dispositive legal issues raised by the report,'" and has "described this level of review as 'reasoned consideration.'" *Equal Employment Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987)).

Upon reasoned consideration of Judge Kelly's Report and Recommendation, and following review of all relevant docket entries, it is hereby ORDERED as follows:

The Court agrees with the thorough and well-reasoned analysis set forth in Judge Kelly's Report and Recommendation, and the Court accepts and adopts Judge Kelly's Report and Recommendation in its entirety as the opinion of the Court with respect to Plaintiff's Complaint. It is hereby further ORDERED as follows:

1) Plaintiff's Complaint is dismissed with prejudice in part and without prejudice in part pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to allege facts sufficient to state a claim.

2) Plaintiff's claims against Defendant Venango County Jail are hereby dismissed with prejudice.

3) Any claim based upon Plaintiff receiving only one grievance form when he requested a stack of fifty is dismissed with prejudice.

4) Plaintiff's municipal claim with respect to his request for medication is dismissed without prejudice to Plaintiff filing an amended complaint including specific allegations of fact regarding any alleged policy or custom underlying the same, and against a proper municipal defendant.

5) Plaintiff's ADA claim is dismissed without prejudice to Plaintiff filing an amended complaint naming a proper public entity and asserting specific allegations supporting such a claim.

6) Any amended complaint shall be filed by **May 15, 2026**.  Failure to file an amended complaint by this deadline will result in dismissal of this matter with prejudice.

BY THE COURT:

/s/*Robert J. Colville*
Robert J. Colville
United States District Judge

DATED: April 17, 2026

cc:

Patrick C. Matthews
24-2191
Venango County Prison
1186 Elk Street
Franklin, PA 16323

3